UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(Charleston Division)

| | |
|---|---|
| BISHOP OF CHARLESTON,<br>    a Corporation Sole, d/b/a The Roman<br>    Catholic Diocese of Charleston<br><br>and<br><br>SOUTH CAROLINA INDEPENDENT<br>COLLEGES AND UNIVERSITIES, Inc.<br><br>    *Plaintiffs*,<br><br>    v.<br><br>MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; and<br><br>BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; and<br><br>HENRY MCMASTER, in his official capacity as Governor of South Carolina,<br><br>    *Defendants*. | Case No. 2:21-cv-1093-BHH<br><br><br><br>**PLAINTIFFS' SUPPLEMENTAL RULE 26(F) DISCLOSURES – EXPERT WITNESSES** |

Plaintiffs Bishop of Charleston, a Corporation Sole, d/b/a The Roman Catholic Diocese of Charleston, and South Carolina Independent Colleges and Universities, Inc., submit the following disclosures of experts pursuant to Rule 26(a)(2) and Local Rule 26.03(a)(3):

**(3) The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matter and field of expertise should be given as to experts likely to be offered).**

    1. **Cole Blease Graham, Jr., PhD**
       **Bush School of Government and Public Service, Texas A&M University**
       **1117 Allen Building; 4220 TAMU**
       **College Station, TX 7783-4220**
       **(979) 458-8028**
       **Cole_graham@tamu.edu**

1

>Dr. Graham's CV and report have been provided to counsel for the Defendants.

2.  **Charles Glenn, Ph.D.**
    **Professor** *emeritus* **of Educational Leadership and Policy Studies**
    **Boston University**
    **(617) 353-7108**
    **glennsed@bu.edu**

    **Dr. Glenn's CV and report have been provided to counsel for the Defendants.**

>Respectfully submitted,
>
>*s/Richard S. Dukes, Jr.*_____
>Richard S. Dukes, Jr., (Federal ID No. 7340)
>TURNER PADGET GRAHAM LANEY, PA
>40 Calhoun Street, Suite 200
>Charleston, South Carolina 29401
>Phone: (843) 576-2800
>Email: RDukes@turnerpadget.com
>
>            -and-
>
>Daniel R. Suhr *(Admitted Pro Hac Vice)*
>Jeffrey D. Jennings
>LIBERTY JUSTICE CENTER
>208 S. LaSalle Street, Suite 1690
>Chicago, Illinois 606064
>Phone: (312) 637-2280
>Email: DSuhr@libertyjusticecenter.com
>            JJennings@libertyjusticecenter.com
>
>**ATTORNEYS FOR PLAINTIFFS**