# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| BISHOP OF CHARLESTON, a Corporation Sole, d/b/a The Roman Catholic Diocese of Charleston, and SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; and HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina, <br><br> Defendants. | C/A No. 2:21-cv-1093-BHH <br><br><br><br> **NOTICE OF APPEAL** |

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure, Proposed Intervenors Orangeburg County School District (OCSD) and the South Carolina State Conference of the NAACP ("SCNAACP") hereby appeal to the U.S. Court of Appeals for the Fourth Circuit this Court's July 26, 2021, Order denying their Motion to Intervene. *See* Opinion & Order, *Bishop of Charleston v. Adams*, No. 2:21-cv-1093-BHH (D.S.C. July 26, 2021), ECF No. 60.

Respectfully submitted,

/s/Kelsi Corkran  
Kelsi Corkran*  
Jonathan L. Backer*  
Amy L. Marshak*  
INSTITUTE FOR CONSTITUTIONAL ADVOCACY  
AND PROTECTION  
Georgetown University Law Center  
600 New Jersey Ave., N.W.  
Washington, D.C. 20001  
Phone (202) 662-9042  
kbc74@georgetown.edu  

*Admitted pro hac vice*

/s/Phillip D. Barber  
Phillip D. Barber (Fed. ID No. 12816)  
RICHARD A. HARPOOTLIAN P.A.  
1410 Laurel Street  
Post Office Box 1090  
Columbia, South Carolina 29202  
Phone (803) 252-4848  
Facsimile (803) 252-4810  
pdb@harpootlianlaw.com  

/s/ Skyler B. Hutto  
Skyler B. Hutto  
Attorney No. 13471  
SC Bar No. 102741  
WILLIAMS & WILLIAMS  
1281 Russell Street (29115)  
Post Office Box 1084  
Orangeburg, S.C. 29116  
Phone (803) 534-5218  
Facsimile (803) 536-6298  
skyler@williamsattys.com  

*Counsel for Proposed Intervenor-Defendants*

August 17, 2021