AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

BISHOP OF CHARLESTON, a Corporation Sole, d/b/a The Roman Catholic Diocese of Charleston, and SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC.,

*Plaintiff*

v.

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; and HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina

*Defendant*

*and*

The State of South Carolina,

*Intervenor-Defendant.*

Civil Action No.    2:21-cv-1093-BHH

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

**X**      other:   The Court denied as moot Defendants' and Intervenor's Joint Motion in Limine, denied Plaintiffs' Motion to Strike and Denied Plaintiffs' Motion for Summary Judgment. The Court Grants Defendants' and Intervenor's Cross- Motions for Summary Judgment and this case is Dismissed.

This action was *(check one)*

**X**      decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date: February 18, 2022

CLERK OF COURT

s/April Dickerson

_____

*Signature of Clerk or Deputy Clerk*

.