FILED: July 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1175
(2:21-cv-01093-BHH)

_____

BISHOP OF CHARLESTON, d/b/a Roman Catholic Diocese of Charleston, a Corporation Sole; SOUTH CAROLINA INDEPENDENT COLLEGES AND UNIVERSITIES, INC.

    Plaintiffs - Appellants

v.

MARCIA ADAMS, in her official capacity as the Executive Director of the South Carolina Department of Administration; BRIAN GAINES, in his official capacity as budget director for the South Carolina Department of Administration; HENRY DARGAN MCMASTER, in his official capacity as Governor of South Carolina

    Defendants - Appellees

and

STATE OF SOUTH CAROLINA

    Intervenor/Defendant - Appellee

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; BEND THE ARC: A JEWISH PARTNERSHIP FOR JUSTICE; CENTRAL CONFERENCE OF AMERICAN RABBIS; DISCIPLES CENTER FOR PUBLIC WITNESS; DISCIPLES JUSTICE ACTION NETWORK; EQUAL

PARTNERS IN FAITH; GLOBAL JUSTICE INSTITUTE, METROPOLITAN COMMUNITY CHURCHES; HINDU AMERICAN FOUNDATION; INTERFAITH ALLIANCE FOUNDATION; MEN OF REFORM JUDAISM; NATIONAL COUNCIL OF JEWISH WOMEN; WOMEN OF REFORM JUDAISM; UNION FOR REFORM JUDAISM; ORANGEBURG SCHOOL DISTRICT; SOUTH CAROLINA STATE CONFERENCE OF THE NAACP; NATIONAL EDUCATION ASSOCIATION; THE SOUTH CAROLINA EDUCATION ASSOCIATION; PUBLIC FUNDS PUBLIC SCHOOLS; SOUTHERN EDUCATION FOUNDATION; ADVANCEMENT PROJECT NATIONAL OFFICE

           Amici Supporting Appellees

―――――――――――――

M A N D A T E

―――――――――――――

The judgment of this court, entered July 6, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                                                          */s/Patricia S. Connor, Clerk*